JS-6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BERNARD RHODES, | ) No. CV 15-04510-VAP (DFM) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| LYDIA ROMERO, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: June 22, 2015

VIRGINIA A. PHILLIPS
United States District Judge